United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,                                    No. C 07-80078 WHA

        Plaintiff,

  v.                                                          **ORDER DENYING LEAVE
                                                            TO FILE**

THE U.S. DEPARTMENT OF VETERANS
AFFAIRS; AND SUSAN WILL,

        Defendants.
_____/

      By order filed February 15, 2006, Judge Marilyn Hall Patel of this district deemed

plaintiff a vexatious litigant (No. C 04-1600 MHP Doc. No. 36).  He is required to obtain leave

of court before filing any new complaint related to claims in that action.  The allegations in this

action are illegible and incomprehensible.  The Court is thus unable to determine whether the

claims are related to those previously asserted by plaintiff.  Moreover, to the extent the

complaint is decipherable, it does not state a claim.  Leave to proceed is **DENIED**.

      **IT IS SO ORDERED.**

Dated:  March 23, 2007.



           WILLIAM ALSUP
           UNITED STATES DISTRICT JUDGE